No. 841. COCHRAN *v.* KANSAS ET AL. May 3, 1943. Petition for writ of certiorari to the Supreme Court of

Kansas denied. *Charles H. Cochran, pro se.*